IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MEEK, MICHAEL D. and ) | Case No. 09-10434 SAH |
| MEEK, MEGHAN M., ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## PAYMENT OF UNCLAIMED FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all checks have been issued and mailed to creditors at their last known addresses.

The following check has not been presented for payment but was returned to the Trustee by the U.S. Postal Service as "Undeliverable as Addressed Unable To Forward." The telephone number provided on the Proof of Claim was no longer a working number so the claimant could not be contacted to obtain an updated address. The distributed funds are unclaimed. After transmitting this report to the Clerk of the Court using the ECF System for filing, the Trustee will present a check payable to the Clerk of the Court for the total amount in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Dividend Payment |
|---|---|---|---|
| 19 | 1020 | CitiFinancial Auto, Ltd.<br>P.O. Box 182287<br>Columbus, OH  43218 | $316.05 |

/s/ G. David Bryant
G. David Bryant, Trustee  OBA #01264
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax